McGREGOR W. SCOTT (CSBN 142413)
United States Attorney
Eastern District of California

SAMANTHA S. SPANGLER (CSBN 142870)
Assistant U.S. Attorney

501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

Attorneys for Plaintiff

FILED JAN 2 2 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

RECEIVED JAN 1 8 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:04-cr-40154-CW |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. ) | AND [~~PROPOSED~~] ORDER |
| MARVIN JEFFERY, JR., ) | OAKLAND VENUE |
| Defendant. ) | |

Stipulation

The parties stipulate that the sentencing hearing may be continued from January 30, 2008, to March 26, 2008, at 2:00 p.m. The undersigned prosecutor has obtained and disclosed to defense counsel the relevant materials relating to the issue of restitution, and counsel is reviewing those materials with her client. Those materials must also be supplied to the Probation Officer, who plans to prepare an updated final pre-sentence investigation report.

The undersigned prosecutor is still awaiting input from the Northern District prosecutor regarding the appropriateness of any U.S.S.G. § 5K1.1 reduction.

1

cc: USPO

Now that this case is actually approaching sentencing, counsel for both parties agree that it would be appropriate to schedule deadlines for disclosure of the final PSR, filing motions to correct or other sentencing memoranda, and filing any reply briefs, as set forth in the proposed order below. The undersigned prosecutor has communicated with the Probation Officer, who has approved the new date. Ms. Condes, counsel for the defendant, has reviewed this stipulation electronically and has authorized the prosecutor to sign it on her behalf.

DATED: January 18, 2008

McGREGOR W. SCOTT
United States Attorney

by *Samantha S. Spangler*
Samantha S. Spangler
Assistant U.S. Attorney

DATED: January 18, 2008

*Samantha Spangler for*
ELENA CONDES
Attorney for Defendant
Marvin Jeffery, Jr.

### Order

Good cause appearing, the sentencing hearing is continued and a new schedule is established as follows:

Disclosure of updated final PSR: February 27, 2008;

Motions to Correct PSR or other sentencing memoranda: March 12, 2008;

Any reply briefs: March 19, 2008;

Judgment and Sentencing Hearing: March 26, 2008, at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 22, 2008

CLAUDIA WILKEN, Judge
United States District Court

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers. |
| 5 | That on <u>January 18, 2008</u>, she served a copy of the attached: |
| 6 | STIPULATION CONTINUING SENTENCING HEARING AND [PROPOSED] ORDER |
| 8 | by placing said copy in an envelope addressed to the persons hereinafter named, at the addresses stated below, which are the last known addresses of said persons and by placing it in the United States mail. |

Elena Condes
Attorney at Law
1010 Grayson Street, Suite Two
Berkeley, CA 94710

Christina Carrubba
U.S. Probation Officer
1301 Clay Street, Suite 220S
Oakland, CA 94612

_/s/ Samantha S. Spangler_
Samantha S. Spangler
Assistant U.S. Attorney