```
1  McGREGOR W. SCOTT (CSBN 142413)
   United States Attorney
2  Eastern District of California

3  SAMANTHA S. SPANGLER (CSBN 142870)
   Assistant U.S. Attorney
4
   501 I Street, Suite 10-100
5  Sacramento, California 95814
   Telephone: (916) 554-2792
6
   Attorneys for Plaintiff
7
```

FILED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARVIN JEFFERY, JR., Defendant. | CASE NO. 4:04-cr-40154-CW<br>STIPULATION TO CONTINUE SENTENCING HEARING AND [~~PROPOSED~~] ORDER<br>OAKLAND VENUE |

## Stipulation

The parties stipulate that the sentencing hearing may be continued from March 26, 2008, to May 14, 2008, at 2:00 p.m. The parties have conferred regarding the issue of restitution, but could not complete our negotiations in time for the submission to the Probation Officer and for her to have sufficient time to prepare an updated final pre-sentence investigation report. The Probation Officer is not available until May 14. Additionally, the undersigned prosecutor is still awaiting input from the Northern District prosecutor regarding the appropriateness of any U.S.S.G. § 5K1.1 reduction.

1

Ms. Condes, counsel for the defendant, has reviewed this stipulation electronically and has authorized the prosecutor to sign it on her behalf.

DATED: March 19, 2008

McGREGOR W. SCOTT
United States Attorney

by *Samantha S. Spangler*
Samantha S. Spangler
Assistant U.S. Attorney

DATED: March 19, 2008

for *Samantha S. Spangler*
ELENA CONDES
Attorney for Defendant
Marvin Jeffery, Jr.

## Order

Good cause appearing, the sentencing hearing is continued and a new schedule is established as follows:

Disclosure of updated final PSR: April 9, 2008;

Motions to Correct PSR or other sentencing memoranda: April 23, 2008;

Any reply briefs: May 7, 2008;

Judgment and Sentencing Hearing: May 14, 2008, at 2:00 p.m.

IT IS SO ORDERED.

DATED: March 20, 2008

*Claudia Wilken*
CLAUDIA WILKEN, Judge
United States District Court

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on March 19, 2008, she served a copy of the attached:

STIPULATION CONTINUING SENTENCING HEARING
AND [PROPOSED] ORDER

by placing said copy in an envelope addressed to the persons hereinafter named, at the addresses stated below, which are the last known addresses of said persons and by placing it in the United States mail.

Elena Condes
Attorney at Law
1010 Grayson Street, Suite Two
Berkeley, CA  94710

Christina Carrubba
U.S. Probation Officer
1301 Clay Street, Suite 220S
Oakland, CA 94612

Samantha S. Spangler
Assistant U.S. Attorney